**Kenneth BRANTLEY, Plaintiff–Appellant,**

v.

**BNSF RAILWAY COMPANY, Defendant–Appellee.**

1. The Honorable Richard G. Kopf, United States District Judge for the District of Ne-

Nebraska Department of Labor, Movant.

No. 14–1661.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 4, 2015.

Filed: March 12, 2015.

Kenneth Brantley, Lincoln, NE, pro se.

Nichole S. Bogen, Andrew David Weeks, Sattler & Bogen, Lincoln, NE, for Defendant–Appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

In this pro se employment-discrimination action, Kenneth Brantley appeals the district court's[1] dismissal with prejudice. Upon careful review of the parties' arguments on appeal and the circumstances of this case, we conclude that the district court did not abuse its discretion. *See* Fed.R.Civ.P. 37(b)(2), (d), 41(b); *Sentis Group, Inc. v. Shell Oil Co.*, 559 F.3d 888, 898–99 (8th Cir.2009) (standard of review for dismissal under Rule 37); *Smith v. Gold Dust Casino*, 526 F.3d 402, 404–05 (8th Cir.2008) (standard of review for dismissal under Rule 41(b)). Accordingly, we affirm. *See* 8th Cir. R. 47B.

braska, adopting the report and recommendations of the Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.